```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 03409
   JOHN A CLARK SR
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6539


---------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     The case was filed on 02/27/2007 and was confirmed 05/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.99%.

     The case was dismissed after confirmation 07/14/2008.
---------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                           PAID            PAID
---------------------------------------------------------------------
CITIFINANCIAL AUTO CREDI SECURED VEHIC  18918.90          1516.16         5613.87
CITIFINANCIAL AUTO CREDI UNSECURED      NOT FILED             .00             .00
AMERICAN GENERAL FINANCE UNSECURED      11946.49              .00             .00
CAPITAL ONE              UNSECURED       1163.95              .00             .00
ECAST SETTLEMENT CORP    UNSECURED        670.30              .00             .00
MALCOLM S GERALD & ASSOC NOTICE ONLY    NOT FILED             .00             .00
MIDLAND CREDIT MANAGEMEN UNSECURED       4696.82              .00             .00
PORTFOLIO RECOVERY ASSOC UNSECURED        414.11              .00             .00
ILLINOIS DEPT OF REVENUE PRIORITY            .00              .00             .00
TIMOTHY K LIOU           DEBTOR ATTY    2,355.20                              .00
TOM VAUGHN               TRUSTEE                                           532.85
DEBTOR REFUND            REFUND                                               .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                 RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE          7,662.88

PRIORITY                                      .00
SECURED                                  5,613.87
    INTEREST                             1,516.16
UNSECURED                                     .00
ADMINISTRATIVE                                .00
TRUSTEE COMPENSATION                       532.85
DEBTOR REFUND                                 .00
                 ---------------      ---------------
TOTALS           7,662.88                7,662.88



              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 03409 JOHN A CLARK SR
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE